

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00072-CV

**IN THE INTEREST OF H. R. M.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM504989
Honorable Nick Catoe Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Appellant Kenny Lee Miller.

SIGNED May 8, 2019.

_____
Patricia O. Alvarez, Justice